# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D20-632
LT Case No. 2005-034779-CFAES

————————————————

HERBERT LEON MANAGO, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————

On appeal from the Circuit Court for Volusia County.
Matthew M. Foxman, Judge.

Matthew R. McLain, of McLain Law, P.A., Longwood, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, and
Christopher J. Baum, Senior Deputy Solicitor General, Miami,
and Jeffrey Paul DeSousa, Chief Deputy Solicitor General, and
Kevin A. Golembiewski, Deputy Solicitor General, Tallahassee,
for Appellee.

February 16, 2024

PER CURIAM.

    In accordance with the Florida Supreme Court's opinion and
mandate receding in part from *Williams v. State*, 242 So. 3d 280
(Fla. 2018), this case is hereby remanded to the trial court which
will either: (1) resentence Mr. Manago pursuant to section

775.082(1)(b)2., Florida Statutes, or (2) if requested by the State, empanel a jury to make the factual determinations needed for resentencing pursuant to section 775.082(1)(b)1.

REMANDED for further proceedings.

EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————